```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| KATHY L. HERNANDEZ, ) | |
| ) | No.  CV-10-144-CI |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING STIPULATED |
| ) | MOTION FOR REMAND |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

Based on the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the ALJ shall evaluate the Plaintiff's claim on the merits of the case and issue a new decision. Plaintiff filed subsequent claims on December 30, 2009.  The ALJ will associate this claim file with the subsequent claim filed on December 30, 2009, and issue a new decision on the consolidated claims.

DATED July 12, 2010.

                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1